## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Courtney Richmond,                                      Civil No. 14-3190 (DWF/LIB)

               Plaintiff,

v.                                                      **ORDER ADOPTING REPORT**
                                               **AND RECOMMENDATION**

State of Minnesota, Office of the Governor
State Capital; Attorney General Office;
Hennepin County Medical Center; and
Hennepin County Jail,

               Defendants.

       The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated October 6, 2014.   (Doc. No. 4.) No objections have been filed to that Report and Recommendation in the time period permitted.   The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.   Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

### ORDER

       1.     Magistrate Judge Leo I. Brisbois's October 6, 2014 Report and Recommendation (Doc. No. [4]) is **ADOPTED**.

       2.     This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

3.      Plaintiff Courtney Richmond's application to proceed *in forma pauperis*

(Doc. No. [2]) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 5, 2014          s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge